UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS E. MCBRIDE,<br>  Plaintiff | )<br>)<br>) |
| v. | )    05 - 11664 GAO<br>) |
| WOODS HOLE, MARTHA'S<br>VINEYARD AND NANTUCKET<br>STEAMSHIP AUTHORITY, and<br>LAFLEUR CRANE SERVICE, INC.,<br>  Defendants | )<br>)<br>)<br>)<br>)<br>) |

### SEAMAN'S AFFIDAVIT

I, DAVID J. BERG, attorney for the Plaintiff in the above-entitled action, do on oath depose and say as follows:

1. The Plaintiff, LOUIS E. MCBRIDE, in the above entitled action was a seaman and claims the benefits of the United States Code, Title 28, Section 1916, which provides that:

   "In all courts of the United States, seamen may institute and prosecute suits and appeals in their own names and for their own benefit for wages or salvage or the enforcement of laws enacted for their health or safety without prepaying fees or costs or furnishing security therefor"

   _____
   David J. Berg, Esq.
   Latti & Anderson LLP
   30-31 Union Wharf
   Boston, MA 02109
   (617) 523-1000

Dated: 8/10/05

## COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.

Subscribed and sworn to before me this 10th day of August, 2005

*Donna M. Tempesta*
Notary Public

My commission expires 9/22/06



05 - 11664 GAO