AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

LOUIS E. MCBRIDE

V.

WOODS HOLE, MARTHA'S VINEYARD AND
NANTUCKET STEAMSHIP AUTHORITY, et.al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05 - 11664 GAO

TO: (Name and address of Defendant)

    Woods Hole, Martha's Vineyard and Nantucket Steamship Authority
    Woods Hole, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    David J. Berg
    30-31 Union Wharf
    Boston, MA 02109

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON          AUG 11 2005

CLERK                    DATE

(By) DEPUTY CLERK

**Barnstable County Sheriff's Office**

I hereby certify and return that on **August 24, 2005 at 2:15 PM** I served a true and attested copy of Summons & Complaint, in hand to Robert Davis, agent able to accept civil process for the within named Defendant, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority, at the last and usual business address to wit: Railroad Avenue, Woods Hole, MA 02543.

Fee:     $54.30

William J. Dalton, Deputy Sheriff
PO Box 823, Forestdale, MA  02644