UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO: 05-11664-GAO

LOUIS E. McBRIDE,
    Plaintiff,

VS.

WOODS HOLE, MARTHA'S VINEYARD AND
NANTUCKET STEAMSHIP AUTHORITY and
LAFLEUR CRANE SERVICE, INC.,
    Defendants.

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter our appearance as attorneys for defendant, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority, in the above-entitled action.

By its attorneys,

**CLINTON & MUZYKA, P.C.**

**"/s/Thomas J. Muzyka**
**Thomas J. Muzyka**
**BBO NO. 365540**
**Kenneth M. Chiarello**
**BBO NO: 639274**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated: September 6, 2005