﹩AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

LOUIS E. MCBRIDE

V.

WOODS HOLE, MARTHA'S VINEYARD AND
NANTUCKET STEAMSHIP AUTHORITY, et.al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05 - 11664 GAO

TO: (Name and address of Defendant)

    Lafleur Crane Service, Inc.
    104 Surfside Road
    Nantucket, MA 02554

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    David J. Berg
    30-31 Union Wharf
    Boston, MA 02109

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON            AUG 1 1 2005

CLERK      [signature]      DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

05-11664 GAO

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>August 24, 2005 |
| NAME OF SERVER (PRINT)<br>Richard M. Bretschneider | TITLE<br>Nantucket County Sheriff |

*Check one box below to indicate appropriate method of service*

**xx**
☐ Served personally upon the defendant. Place where served: Service was made in hand to David Lafluer, of Lafluer Crane Service, Inc. at 104 Surfside Road, Nantucket, MA  02554

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES  $35.40 | TOTAL  $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/24/05
                  Date

*Signature of Server*
Richard M. Bretschneider, Nantucket County Sheriff

16 Broad St., POBox 419, Nantucket, MA  02554
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.