UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LOUIS McBRIDE,
    Plaintiff,

CIVIL ACTION
NO: 05-11664-GAO

vs.

WOODS HOLE, MARTHA'S VINEYARD &
NANTUCKET STEAMSHIP AUTHORITY and
LAFLEUR CRANE SERVICE, INC.,
    Defendants.

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned hereby certify that they have conferred with regards to establishing a budget for costs or conducting this litigation and the possible use of Alternative Dispute Resolution programs and procedures.

Respectfully submitted,

INTERNATIONAL MARINE
UNDERWRITERS

/s/ Robert Wheeler
Robert Wheeler
Claims Manager
One Beacon Street
Boston, MA 02108
617-725-6710

CLINTON & MUZYKA, P.C.

/s/ Kenneth Chiarello
Thomas J. Muzyka
BBO NO: 365540
Kenneth M. Chiarello
One Washington Mall
Suite 1400
Boston, MA 02108
617-723-9165

Dated: October 7, 2005