UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

_____
                                              )
LOUIS E. MCBRIDE,                             )
        Plaintiff                             )
                                              )        Civil Action
V.                                            )
                                              )        No. 05-11664-GAO
WOODS HOLE, MARTHA'S                          )
VINEYARD AND NANTUCKET                        )
STEAMSHIP AUTHORITY, and                      )
LAFLEUR CRANE SERVICE, INC.,                  )
        Defendants                            )
_____)


### *CERTIFICATION PURSUANT TO LOCAL RULE 16.1*

The undersigned hereby certifies that they have conferred with regards to establishing a budget for costs of conducting this litigation and the possible use of alternative dispute resolution programs and procedures.


/s/
_____
Francis J. Lynch, III, BBO 308 740
John F. Gleavy, BBO 636 888
Lynch & Lynch
45 Bristol Drive
South Easton, MA  02375
(508) 230-2500



SAFETY INSURANCE COMPANY,


/s/
_____
Debra Gonsalves,
Claims Adjuster
Safety Insurance Company
Post Office Box 55098
Boston, MA   02205