UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Louis McBride
           Plaintiff(s)

V.                              CIVIL CASE NO. 05-11664-GAO

Woods Hole, Martha's Vineyard and
Nantucket Steamship Authority
           Defendant(s)

## NOTICE AND ORDER

Bowler, U.S.M.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for a mediation hearing on 10/26/2006 at 10:00 A.M. before Magistrate Judge Marianne B. Bowler in Courtroom # 25.

It is further ORDERED that all PARTIES are REQUIRED to attend and must have full binding settlement authority. Leave of court is REQUIRED for any exceptions. All confidential mediation briefs are REQUIRED to be submitted to the court VIA FACSIMILE at (617) 204-5833 at least TWO BUSINESS DAYS prior to the hearing.

SARAH A. THORNTON,
CLERK OF COURT

8/24/2006                                      By: /s/ Marc K. Duffy, Esq.
  Date                                              Deputy Clerk

(ADR NOTICE (McBride).wpd - 3/7/2005)