UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11664

| | |
|---|---|
| LOUIS E. MCBRIDE, | ) |
| | ) |
|   Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| WOODS HOLE, MARTHA'S | ) |
| VINEYARD AND NANTUCKET | ) |
| STEAMSHIP AUTHORITY, AND | ) |
| LAFLEUR CRANE SERVICE, INC., | ) |
| | ) |
|   Defendants | ) |

### *MOTION OF THE DEFENDANT, LAFLEUR CRANE SERVICE, INC. TO TO CONTINUE MEDIATION*

The defendant, LaFleur Crane Service, Inc., moves this court to continue the mediation session scheduled for October 26, 2006.  As grounds for this motion, the defendant states that defense counsel is previously engaged in a mediation session on another matter.  Defense counsel has conferred with the other parties in this matter and all parties have agreed to reschedule the mediation to one of the following dates:  November 2, November 9, November 14, or November 16, 2006.

/s/ John F. Gleavy
_____
Francis J. Lynch, III, BBO 308 740
John F. Gleavy, BBO 636 888
Attorneys for Defendant,
  LaFleur Crane Service, Inc.
Lynch & Lynch
45 Bristol Drive
South Easton, MA 02375
(508) 230-2500

2

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants upon receipt of notification of same from the court.

/s/ John F. Gleavy

_____

John F. Gleavy, BBO 636 888
Lynch & Lynch
45 Bristol Drive
South Easton, MA  02375
(508) 230-2500

2