UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11664

| | |
|---|---|
| LOUIS E. MCBRIDE, | ) |
| | ) |
|   Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| WOODS HOLE, MARTHA'S | ) |
| VINEYARD AND NANTUCKET | ) |
| STEAMSHIP AUTHORITY, AND | ) |
| LAFLEUR CRANE SERVICE, INC., | ) |
| | ) |
|   Defendants | ) |

### *JOINT MOTION TO CONTINUE MEDIATION*

The parties move this court to continue the mediation scheduled for November 16, 2006. As grounds for this motion, the parties state that defense counsel for Lafleur Crane has been notified of a hearing at the Massachusetts Appeals Court in Boston on the same date. Further, the plaintiff is still undergoing treatment for the injuries he allegedly sustained in the accident, which is the subject matter of this action. The parties have conferred and agree to reschedule the mediation to one of the following dates: January 4 at 10:00 a.m.

Wherefore, the parties request the mediation being rescheduled to one of the above-dates or a date set by the court.

/s/ John F. Gleavy
_____
Francis J. Lynch, III, BBO 308 740
John F. Gleavy, BBO 636 888
Attorneys for Defendant,
  LaFleur Crane Service, Inc.
Lynch & Lynch

45 Bristol Drive
South Easton, MA 02375
(508) 230-2500

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants upon receipt of notification of same from the court.

/s/ John F. Gleavy
_____
John F. Gleavy, BBO 636 888
Lynch & Lynch
45 Bristol Drive
South Easton, MA  02375
(508) 230-2500

3