UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11664

| | |
|---|---|
| LOUIS E. MCBRIDE, | ) |
| | ) |
|   Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| WOODS HOLE, MARTHA'S | ) |
| VINEYARD AND NANTUCKET | ) |
| STEAMSHIP AUTHORITY, AND | ) |
| LAFLEUR CRANE SERVICE, INC., | ) |
| | ) |
|   Defendants | ) |

**MOTION OF THE DEFENDANT, LAFLEUR CRANE SERVICE, INC. TO COMPEL DISCOVERY RESPONSES FROM DEFENDANT WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY**

The defendant, LaFleur Crane Service, Inc., moves this court compel the defendant, Steamship Authority, to provide answers to defendant LaFleur Crane's second set of interrogatories and responses to LaFleur's second request for production of documents. As grounds for this mation, LaFleur states that on May 30, 2006, these discovery requests were served upon the Steamship Authority and to date, no response has been received.

In further support of this motion, the defendant attaches a memorandum hereto.

/s/ John F. Gleavy
_____
Francis J. Lynch, III, BBO 308 740
John F. Gleavy, BBO 636 888
Attorneys for Defendant,
  LaFleur Crane Service, Inc.
Lynch & Lynch
45 Bristol Drive
South Easton, MA 02375
(508) 230-2500

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants upon receipt of notification of same from the court.

/s/ John F. Gleavy

                                              _____
Francis J. Lynch, III, BBO 308 740
John F. Gleavy, BBO 636 888
Attorneys for Defendant,
  LaFleur Crane Service, Inc.
Lynch & Lynch
45 Bristol Drive
South Easton, MA 02375
(508) 230-2500