UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11664

LOUIS E. MCBRIDE,                    )
                                     )
    Plaintiff                        )
                                     )
vs.                                  )
                                     )
WOODS HOLE, MARTHA'S                 )
VINEYARD AND NANTUCKET               )
STEAMSHIP AUTHORITY, AND             )
LAFLEUR CRANE SERVICE, INC.,         )
                                     )
    Defendants                       )

### *AFFIDAVIT OF THE DEFENDANT, LAFLEUR CRANE SERVICE, INC.*
### *IN COMPLIANCE WITH RULE 7.1 (2)*

I, John F. Gleavy, hereby certify that counsel have conferred and have attempted in good faith to resolve or narrow the issues outlined in the attached Motion of the Defendant, LaFleur Crane Service, Inc. to Compel Discovery Responses from Defendant, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority.

/s/ John F. Gleavy
_____
Francis J. Lynch, III, BBO 308 740
John F. Gleavy, BBO 636 888
Attorneys for Defendant,
    LaFleur Crane Service, Inc.
Lynch & Lynch
45 Bristol Drive
South Easton, MA 02375
(508) 230-2500

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants upon receipt of notification of same from the court.

/s/ John F. Gleavy

_____
Francis J. Lynch, III, BBO 308 740
John F. Gleavy, BBO 636 888
Attorneys for Defendant,
  LaFleur Crane Service, Inc.
Lynch & Lynch
45 Bristol Drive
South Easton, MA 02375
(508) 230-2500