UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11664

| | |
|---|---|
| LOUIS E. MCBRIDE, | ) |
| | ) |
|   Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| WOODS HOLE, MARTHA'S | ) |
| VINEYARD AND NANTUCKET | ) |
| STEAMSHIP AUTHORITY, AND | ) |
| LAFLEUR CRANE SERVICE, INC., | ) |
| | ) |
|   Defendants | ) |

### MOTION OF THE DEFENDANT, LAFLEUR CRANE SERVICE, INC. TO EXTEND THE TIME WITHIN WHICH THE DEFENDANT, STEAMSHIP AUTHORITY MAY RESPOND TO MOTION TO COMPEL
**(Assented to)**

The defendant, Lafleur Crane Service, Inc. requests this court stay its determination of the defendant, LeFleur Crane's motion to compel until Friday, February 9, 2007. As grounds for this motion, the defendant states that the defendant, Steamship Authority has provided answers to LaFleur Crane's interrogatories but the Steamship's response to LaFleur second request for the production of documents has not yet been provided. Counsel for the Steamship has agreed to provide a response by Friday, February 9, 2007. As such, the defendants request this court stay the determination of the now pending motion of LaFleur Crane Service, Inc..

                                        /s/ John F. Gleavy

                                        _____
                                        Francis J. Lynch, III, BBO 308 740
                                        John F. Gleavy, BBO 636 888
                                        Attorneys for Defendant,
                                           LaFleur Crane Service, Inc.
                                        Lynch & Lynch
                                        45 Bristol Drive
                                        South Easton, MA 02375
                                        (508) 230-2500

Assented to:

/s/ Kenneth J. Chiarello
_____
for Woods Hole, Martha's Vineyard
& Nantucket Steamship Authority
Thomas J. Myzyka
BBO # 365540
Kenneth J. Chiarello
BBO # 639274
One Washington Mall
Boston, MA  02108
(617) 723-9165

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants upon receipt of notification of same from the court.

/s/ John F. Gleavy
_____
Francis J. Lynch, III, BBO 308 740
John F. Gleavy, BBO 636 888
Attorneys for Defendant,
  LaFleur Crane Service, Inc.
Lynch & Lynch
45 Bristol Drive
South Easton, MA 02375
(508) 230-2500

2