**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<table>
<tr><td>Louis McBride<br>Plaintiff(s)<br><br>V.<br><br>The Woods Hole, Martha's<br>Vineyard and Nantucket Steamship<br>Authority, et al.<br>Defendant(s)</td><td>CIVIL ACTION NO. 05-11664-GAO</td></tr>
</table>

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE ___O'Toole___

[ ]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]   On ___6/29/2007___ I held the following ADR proceeding:

```
_____  SCREENING CONFERENCE      _____  EARLY NEUTRAL EVALUATION
___X___  MEDIATION                  _____  SUMMARY BENCH / JURY TRIAL
_____  MINI-TRIAL                 _____  SETTLEMENT CONFERENCE
```

All parties were represented by counsel [except _____]

The parties were / were not present in person or by authorized corporate officer [except _____].

The case was:

[ ]   Settled. Your clerk should enter a ___ day order of dismissal.

[X]   There was progress. A further conference has been scheduled for ___7/31/2007___ unless the case is reported settled prior to that date.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:

___6/29/2007___                              ___Marianne B. Bowler, USMJ___
DATE                                          ADR Provider

(ADR Report (McBride).wpd - 4/12/2000)                                    [adrrpt.]