**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Louis McBride | |
| Plaintiff(s) | |
| V. | CIVIL ACTION NO. 05-11664-GAO |
| The Woods Hole, Martha's Vineyard and Nantucket Steamship Authority, et al. | |
| Defendant(s) | |

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE ___O'Toole___

[ ]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]   On ___7/31/2007___ I held the following ADR proceeding:

   _____   SCREENING CONFERENCE   _____ EARLY NEUTRAL EVALUATION
   ___X___   MEDIATION   _____ SUMMARY BENCH / JURY TRIAL
   _____   MINI-TRIAL   _____ SETTLEMENT CONFERENCE

   All parties were represented by counsel [except _____]
   The parties were / were not present in person or by authorized corporate officer [except _____].
   The case was:

[ ]   Settled. Your clerk should enter a ___ day order of dismissal.

[X]   There was progress. A further conference has been scheduled for _8/14/2007_ unless the case is reported settled prior to that date.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:


___7/31/2007___                                           ___Marianne B. Bowler, USMJ___
DATE                                                                    ADR Provider