UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS E. MCBRIDE,<br>    Plaintiff<br><br>V.<br><br>WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY, and LAFLEUR CRANE SERVICE, INC.,<br>    Defendants | Civil Action<br><br>No. 05-11664-GAO |

### ASSENTED TO MOTION TO CONTINUE MEDIATION

NOW COME the parties and state as follows:

The parties are scheduled for mediation on Friday, September 21, 2007. The parties request the court continue the mediation until October 18, 2007. As grounds for this motion, the parties state:

1. Counsel for the plaintiff is still attempting to resolve lien issues with this case.

2. The insurance adjuster for LaFleur Crane is not available on September 21st for mediation.

Wherefore, the parties request this court continue the mediation until October 18, 2007.

/s/ David J. Berg, Esq.
David J. Berg, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000
Attorney for Plaintiff

/s/ Kenneth M. Chiarello, Esq.
Kenneth M. Chiarello, Esquire
Clinton & Muzyka, P.C.
One Washington Mall
Suite 1400
Boston, MA  02108
(617) 723-9165
Attorney for Woods Hole,
Martha's Vineyard & Nantucket
Steamship Authority

/s/ John F. Gleavy, Esq.
Francis J. Lynch, III, BBO 308 740
John F. Gleavy, BBO 636 888
Lynch & Lynch
45 Bristol Drive
South Easton, MA  02375
(508) 230-2500
Attorney for LaFleur Crane Service, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

/s/ John F. Gleavy, Esq.
Francis J. Lynch, III, BBO 308 740
John F. Gleavy, BBO 636 888
Lynch & Lynch
45 Bristol Drive
South Easton, MA  02375
(508) 230-2500

Dated: September 20, 2007