**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>  Louis McBride  </u>
   Plaintiff(s)

V.         CIVIL ACTION NO. 05-11664-GAO

<u>  Woods Hole, Martha's Vineyard &  </u>
<u>  Nantucket Steamship Authority, et al.  </u>
   Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE <u>  O'Toole  </u>

[ ] The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ x ] On <u>  10/30/2007  </u> I held the following ADR proceeding:

  _____ SCREENING CONFERENCE _____ EARLY NEUTRAL EVALUATION
  ___X___ MEDIATION  _____ SUMMARY BENCH / JURY TRIAL
  _____ MINI-TRIAL  _____ SETTLEMENT CONFERENCE

  All parties were represented by counsel  [except _____ ]

  The parties  were / were not  present in person or by authorized corporate officer [except
  _____ ].

  The case was:

[ x ] Settled.  Your clerk should enter a <u> 60 </u> day order of dismissal.

[ ] There was progress.  A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ] Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ] Suggested strategy to facilitate settlement:

<u>10/30/2007  </u>            <u>  /s/ Marianne B. Bowler, USMJ  </u>
DATE                ADR Provider

(ADR Report (McBride3).wpd  - 4/12/2000)            [adrrpt.]