03/17/2008  08:50   941-697-0929        LOUIS E MCBRIDE JR                    PAGE  01

17 March '08

05 / 11664

To: The Honorable Mary Ann Bowler

From: Louis E. M. Bride, Jr.

3 pages including cover

February 29, 2008

To:   Atty. David Berg

From:   Louis E. McBride, Jr.

Re:   Dismissal

Dear Mr. Berg,

   You and or Latti & Anderson no longer represent me.   I have spoken to Judge Bowler's clerk, Mark Duffy, and have been advised that you must contact her office in writing to advise as to why you do not represent me.   I will have the reasons spelled out in a letter over the weekend and will fax it to your office so it will be waiting for you on Monday morning. I would have had it for you today, however your call to my home, after me leaving the message not to cal, caused great upset.   To date , I have not received any correspondence from your office.   Anything received now or in the future will be returned to you.

                                   Sincerely,

                                   *[signature]*
                                   Louis E. McBride, Jr.

March 17, 2008

To:   The Honorable Mary Ann Bowler

From:   Louis E. McBride, Jr.

Dear Judge Bowler,

   I apologize for forgetting to forward you a cpy of the first letter of correspondence with my attorneys. I spoke with Carolyn Latti on or around March 5th, and was informed at that time that they had received the insurance settlement on February 26th and also that their firm had no intention of contacting you.

   Your Honor, I could not have ever imagined I'd find myself in the position I'm in. I have not only gone through all savings and investments, but have also accrued over $50,000 in debt. I have a mortgage on my home and have had to mortgage a parcel of land left to me by my father. These properties have been in my family for three and four generations respectively and as the head of my family I have been expected to protect and provide for them as best I could.

   Now, I find myself unable to work, living with pain 24/7, and barely able to meet expenses with my disability income.

   I tried to get the best of medical help, and ended up with Dr. Choi fresh out of rehab, giving me a contradictory report, an unclear film, and a $200,000 bill.

   I depended on my attorney's to protect me, and I don't feel they have. Your Honor, if there is anything you could do to help me, I beg you please

                                            Sincerely,

                                            Louis E. McBride, Jr.